USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 21 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     INDICTMENT

        - v. -                          :
                                                       06 Cr. ____

ANGEL RODRIGUEZ,                   :

              Defendant.       :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

**06 CRIM 713**

        The Grand Jury charges:

        1.  In or about December 2004, in the Southern District of New York and elsewhere, ANGEL RODRIGUEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

        2.  It was a part and an object of the conspiracy that ANGEL RODRIGUEZ, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

### Overt Acts

        3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following acts, among others, were committed in the Southern District of New York and elsewhere:

        a.   On or about December 14, 2004, a co-conspirator not named as a defendant herein ("CC-1") spoke on the phone about a drug deal with another individual who was in New York, New York.

        b.   On or about December 14, 2004, CC-1 and another co-conspirator not named as a defendant herein ("CC-2") drove to a parking lot in Elizabeth, New Jersey and picked up approximately 60 kilograms of cocaine.

(Title 21, United States Code, Section 846.)

### FORFIETURE ALLEGATIONS AS TO COUNT ONE

    4.   As a result of committing the controlled substance offense alleged in Count One of this Indictment, ANGEL RODRIGUEZ, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to proceeds obtained as a result of the offense described in Count One of this Indictment.

    5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third person;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**ANGEL RODRIGUEZ,**

Defendant.

<u>INDICTMENT</u>

06 Cr.

(Title 21, United States Code, Sections 841, 846 & 2.)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

**A TRUE BILL**

Foreperson.

*/s/ Bettye Bradley*